**UNITED STATES of America,
Plaintiff–Appellant,**

v.

**Hernan RAMIREZ, Defendant–Appellee.**

No. 95–30158.

United States Court of Appeals,
Ninth Circuit.

Aug. 28, 1998.

Before: REINHARDT, KOZINSKI, and
FERNANDEZ, Circuit Judges.

ORDER

The motion of appellee, Hernan Ramirez, to reconsider our order of July 27, 1998, which appears at slip op. 7957 [145 F.3d 1430], is GRANTED. The order is withdrawn.